IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEINO JOHNSON,**   **Plaintiff,** | : : : |
| v. | : : **CIVIL ACTION NO. 18-499** |
| **NORA'S MEXICAN GRILL,** *et al.*,   **Defendants.** | : : : : |

## ORDER

**AND NOW,** this 25th day of September, 2018, upon review of the docket, as Plaintiff has failed to comply with the Court's Order to show cause why this case should not be dismissed for lack of prosecution, Plaintiff's Complaint is **DISMISSED** without prejudice. Plaintiff may reinstate his claims by filing a new complaint within the applicable statute of limitations, or by filing a motion to reopen within 21days of the date of this Order.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**